**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-6704**

---

In Re: MICHAEL SCOTT MCRAE,

                                        Petitioner.

---

On Petition for Writ of Mandamus.  (CA-98-875-5)

---

Submitted:  August 24, 1999        Decided:  September 14, 1999

---

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Michael Scott McRae, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael McRae petitions this court for a Writ of Mandamus directing the magistrate judge to act on his habeas corpus petition. Our review of the record discloses that there has been no undue delay in the district court. Accordingly, we grant McRae's motion to proceed in forma pauperis, but deny his application for a Writ of Mandamus.

PETITION DENIED